**Richard GATES, Petitioner—Appellant,**

v.

**E.K. MCDANIEL, Warden, et al.,
Respondents—Appellees.**

**No. 03–15967.
D.C. No. CV–N–99–227–DWH.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2004.*

Decided March 10, 2004.

Michael K. Powell, FPDNV–Federal Public Defender's Office, Reno, NV, for Petitioner–Appellant.

David K. Neidert, Deputy Atty Gen., Richard A. Molezz, AGNV–Office of the Nevada Attorney General, Carson City, NV, Robert E. Wieland, DAG, Nevada Attorney General's Office, Civil Division, Reno, NV, for Respondent–Appellee.

Before B. FLETCHER and REINHARDT, Circuit Judges, and RESTANI,** Judge.

#### ORDER***

VACATED and REMANDED for reconsideration in light of *Kelly v. Small,*

315 F.3d 1063, 1070 (9th Cir.2003) ("[W]e join the 'growing consensus' in recognizing the clear appropriateness of a stay when valid claims would otherwise be forfeited.").

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

